IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01807-WJM-KLM

DONANCIO DURAN,

    Plaintiff,

v.

LAFARGE NORTH AMERICA, INC.,

    Defendant.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Motion for Sanctions** [Docket No. 36; Filed July 15, 2011] (the "Motion").  The Motion does not comply with the District Judge's Practice Standards applicable here.  Specifically, the Motion and accompanying brief are more than fifteen (15) pages in length in violation of WJM Practice Standards II.D.1.  Moreover, there does not appear to be any exceptional circumstance which would justify exceeding the page limitations applicable here.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.  All pleadings shall comply with the applicable practice standards.

    Dated:  July 15, 2011